# REGAN & REGAN
## Attorneys at Law
29 Hoyt Place
Rochester, NY 14610
Phone: 585.546.8880
jregan3@rochester.rr.com

RECEIVED
MAR 2 2006
DAVID G. LARIMER
U.S. District Judge
Western District of New York

March 1, 2006

Hon. David G. Larimer, Judge
United States District Court (WDNY)
2500 U.S. Courthouse
100 State St.
Rochester, NY 14614-1387

Re: **Davis v. York, 05-CV-6736**

Dear Judge Larimer:

This will confirm that since the New York State Attorney General has refused to appear and waive the "exhaustion" requirement that otherwise applies to habeas proceedings, the above captioned petition is hereby withdrawn as being legally futile at this time.

I thank the Court for its patience in the matter.

Very truly yours,

JOHN M. REGAN, JR.

xc:   NYS Attorney General (Robert Colon, Esq., of counsel)

*Request granted. Petition withdrawn and dismissed. Case closed. So ordered. David G. Larimer, U.S.D.J. 3-3-06*